IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J.O.,

    Plaintiff,

v.

                                          No. 1:23-cv-01021- KG-JMR

BOARD OF EDUCATION OF
ALBUQUERQUE PUBLIC SCHOOLS,
and DANNY ALDAZ,

    Defendants.

## ORDER GRANTING STIPULATED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS MATTER, having come before the Court upon the Stipulated Motion for Leave to Exceed Page Limits [Doc. 208], and the Court, being advised that the Motion is unopposed, hereby FINDS there is good cause to grant the Stipulated Motion.

IT IS ORDERED that the parties may exceed the page limits for (1) motions and supporting briefs and exhibits to their respective briefs related to APS's Motion to Exclude Testimony of Martin H. Teicher M.D., Ph.D. and (2) exhibits to their respective briefs related to APS's Motion for Summary Judgment on Plaintiff's Claim Under the New Mexico Tort Claims Act.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

By:/s/ *Tomas J. Garcia*
    Jennifer G. Anderson
    Tomas J. Garcia
    Celina Baca
    Modrall, Sperling, Roehl, Harris, & Sisk, P.A.
    500 Fourth Street NW, Suite 1000
    Albuquerque, NM 87102
    Tel: (505) 848-1800
    Jennifer.anderson@modrall.com
    Tomas.garcia@modrall.com
    Celina.baca@modrall.com
    *Counsel for Defendant APS*

Approved by:

By: */s/ Approval via e-mail 12/2/25*
    Carlos Sedillo
    Isaac J. Lopez
    Fadduol, Cluff, Hardy & Conaway, P.C.
    3301 San Mateo Boulevard, NE
    Albuquerque, NM 87110
    csedillo@fchclaw.com
    ilopez@fchclaw.com

    and

    Matthew J. Zamora
    Valle, O'Cleireachain, Zamora & Harris
    1805 Rio Grande Boulevard, NW, Suite 2
    Albuquerque, NM 871904
    mz@vozhlaw.com
    *Attorneys for Plaintiff*

By: */s/ Approval via e-mail on 12/2/25*
    Roxie P. De Santiago
    Walsh Gallegos, P.C.
    500 Marquette Ave., NW, Suite 1310
    Albuquerque, NM 87102
    rdesantiago@wabsa.com
    *Attorneys for Danny Aldaz*