IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J.O.,

    Plaintiff,

v.                                  Case. No. 1:23-cv-01021-KG-JMR

BOARD OF EDUCATION OF
ALBUQUERQUE PUBLIC SCHOOLS,
and DANNY ALDAZ,

    Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

**THIS MATTER** is before the Court upon Plaintiff's Unopposed Motion for Leave to Exceed Page Limits. The Court, having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised on the premises, FINDS that the Motion is well-taken and therefore **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff may exceed the briefing page limit in her Response to Defendant Albuquerque Public Schools' Motion for Summary Judgment on Plaintiffs' Claim Under the New Mexico Tort Claims Act. [Doc. 211].

    **IT IS SO ORDERED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**Submitted by:**

FADDUOL, CLUFF, HARDY & CONAWAY, P.C.

*/s/ Carlos E. Sedillo*
Carlos E. Sedillo
Isaac J. Lopez
3301 San Mateo Boulevard
Albuquerque, New Mexico 87110
Telephone: (505) 243-6045
Facsimile: (505) 243-6642
csedllo@fchclaw.com
ilopez@fchclaw.com

and

Matthew J. Zamora
VALLE, O'CLEIREACHAIN, ZAMORA & HARRIS
1805 Rio Grande Boulevard NW, Suite 2
Albuquerque, New Mexico 87104
Telephone: 505.888.4357
Fax: 505.883.5613
mz@vozhlaw.com

*ATTORNEYS FOR PLAINTIFF*

**Approved by:**

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.


*Approved via e-mail on 01/12/2026*
Jennifer G. Anderson
Tomas J. Garcia
Celina C. Baca
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87102
Telephone: 505.848.1800
jga@modrall.com
tjg@modrall.com
celina.baca@modrall.com
*Attorneys for Defendant Board of Education of Albuquerque Public Schools*

WALSH GALLEGOS TREVIÑO KYLE & ROBINSON, P.C.

  *Does not oppose via e-mail on 01/12/2026*  
Roxie Rawls-De Santiago
500 Marquette Avenue NW, Suite 1310
Albuquerque, New Mexico 87102
Telephone: 505.243.6864
Fax: 505.843.9318
rdesantiago@wabsa.com
*Attorney for Defendant Danny Aldaz*