**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

J.O.,

               Plaintiff,

v.                                      No. 1:23-cv-01021-KG-JMR

BOARD OF EDUCATION OF ALBUQUERQUE
PUBLIC SCHOOLS, and DANNY ALDAZ,

               Defendants.

**ORDER GRANTING STIPULATED MOTION FOR
LEAVE TO EXCEED PAGE LIMITS ON EXHIBITS**

THIS MATTER, having come before the Court upon the parties' Stipulated Motion for Leave to Exceed Page Limits for Exhibits [Doc. 242], and the Court, being fully advised that the Motion is unopposed, hereby FINDS there is good cause to grant the Stipulated Motion.

IT IS ORDERED, and the Parties may exceed the fifty (50) page limit for their respective Exhibits contained in briefing related to Defendant APS' Motion for Summary Judgment on Plaintiff's Claims Under the New Mexico Tort Claims Act and Motion for Summary Judgment on Plaintiff's Claims Under 42 U.S.C. § 1983.

                             /s/Kenneth J. Gonzales
                             CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

By: */s/ Tomas J. Garcia*
    Jennifer G. Anderson
    Tomas J. Garcia
    Celina Baca
    Modrall, Sperling, Roehl, Harris, & Sisk, P.A.
    500 Fourth Street NW, Suite 1000
    Albuquerque, NM 87102
    Tel: (505) 848-1800
    Jennifer.anderson@modrall.com
    Tomas.garcia@modrall.com
    Celina.baca@modrall.com
    *Counsel for Defendant APS*

Approved by:

By: */s/Approval via e-mail 3/12/26*
    Carlos Sedillo
    Isaac J. Lopez
    Fadduol, Cluff, Hardy & Conaway, P.C.
    3301 San Mateo Boulevard, NE
    Albuquerque, NM 87110
    csedillo@fchclaw.com
    ilopez@fchclaw.com

    and

    Matthew J. Zamora
    Valle, O'Cleireachain, Zamora & Harris
    1805 Rio Grande Boulevard, NW, Suite 2
    Albuquerque, NM 871904
    mz@vozhlaw.com
    *Attorneys for Plaintiff*


By: */s/Approved via e-mail 3/12/26*
    Roxie P. De Santiago
    Walsh Gallegos, P.C.
    500 Marquette Ave., NW, Suite 1310
    Albuquerque, NM 87102
    rdesantiago@wabsa.com
    *Attorneys for Danny Aldaz*