IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J.O.,

     Plaintiff

v.

                                      No. 1:23-cv-01021-KG-JMR

BOARD OF EDUCATION OF ALBUQUERQUE
PUBLIC SCHOOLS and DANNY ALDAZ,

     Defendants.

## ORDER GRANTING STIPULATED
## MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON EXHIBITS

THIS MATTER, having come before the Court upon the parties' Stipulated Motion for Leave to Exceed Page Limits for Exhibits [Doc. 255], and the Court, being fully advised that the Motion is unopposed, hereby FINDS there is good cause to grant the Stipulated Motion.

IT IS ORDERED, and the Parties may exceed the fifty (50) page limit for their respective Exhibits contained in briefing related to Defendant APS' Motion for Summary Judgment as to Plaintiff's Claim Under Title IX.

                        /s/Kenneth J. Gonzales
                        CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2

Submitted by:

*/s/ Celina C. Baca*
Jennifer G. Anderson
Tomas J. Garcia
Celina Baca
Modrall, Sperling, Roehl, Harris, & Sisk, P.A.
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
Jennifer.anderson@modrall.com
Tomas.garcia@modrall.com
Celina.baca@modrall.com
*Counsel for Defendant APS*

Approved by:

 */s/ approved 03/20/2026*
Carlos Sedillo
Isaac J. Lopez
Fadduol, Cluff, Hardy & Conaway, P.C.
3301 San Mateo Boulevard, NE
Albuquerque, NM 87110
csedillo@fchclaw.com
ilopez@fchclaw.com

and

Matthew J. Zamora
Valle, O'Cleireachain, Zamora & Harris
1805 Rio Grande Boulevard, NW, Suite 2
Albuquerque, NM 871904
mz@vozhlaw.com
*Attorneys for Plaintiff*

By: */s/ approved 03/21/2026*
Roxie P. De Santiago
Walsh Gallegos, P.C.
500 Marquette Ave., NW, Suite 1310
Albuquerque, NM 87102
rdesantiago@wabsa.com
*Attorney for Danny Aldaz*