IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J.O.,

    Plaintiff

v.

                            No. 1:23-cv-01021-KG-JMR

BOARD OF EDUCATION OF ALBUQUERQUE
PUBLIC SCHOOLS and DANNY ALDAZ,

    Defendants.

## ORDER GRANTING UNOPPOSED
## MOTION FOR LEAVE TO EXCEED PAGE LIMITS

THIS MATTER, having come before the Court upon the Defendant Albuquerque Public

Schools' ("APS") Unopposed Motion for Leave to Exceed Page Limits, and the Court, being fully

advised that the Motion is unopposed, hereby FINDS there is good cause to grant the Motion.

IT IS ORDERED, APS may exceed the twelve (12) page limit by twelve (12) pages for its

Reply in Support of APS' Motion for Summary Judgment as to Plaintiff's Claim Under Title IX.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

*/s/ Celina C. Baca*
Jennifer G. Anderson
Tomas J. Garcia
Celina Baca
Modrall, Sperling, Roehl, Harris, & Sisk, P.A.
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
Jennifer.anderson@modrall.com
Tomas.garcia@modrall.com
Celina.baca@modrall.com
*Counsel for Defendant APS*

Approved by:

 */s/ Approved Electronically 5/8/26*
Carlos Sedillo
Isaac J. Lopez
Fadduol, Cluff, Hardy & Conaway, P.C.
3301 San Mateo Boulevard, NE
Albuquerque, NM 87110
csedillo@fchclaw.com
ilopez@fchclaw.com

and

Matthew J. Zamora
Valle, O'Cleireachain, Zamora & Harris
1805 Rio Grande Boulevard, NW, Suite 2
Albuquerque, NM 871904
mz@vozhlaw.com
*Attorneys for Plaintiff*

By: */s/ Approved Electronically 5/8/26*
Roxie P. De Santiago
Walsh Gallegos, P.C.
500 Marquette Ave., NW, Suite 1310
Albuquerque, NM 87102
rdesantiago@wabsa.com
*Attorney for Danny Aldaz*