IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J.O.,

      Plaintiff,

v.                                                                          Case. No. 1:23-cv-01021-KG-JMR

BOARD OF EDUCATION OF
ALBUQUERQUE PUBLIC SCHOOLS,
and DANNY ALDAZ,

      Defendants.

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMITS

THIS MATTER is before the Court upon Plaintiff's Unopposed Motion for Leave to Exceed

Page Limits. The Court, having reviewed the Motion, noting that it is unopposed, and being otherwise

fully advised on the premises, FINDS that the Motion is well-taken and therefore GRANTED.

IT IS THEREFORE ORDERED that Plaintiff may exceed the briefing page limit by nine (9)

pages for a total of thirty-three (33) pages, in her Responses to Defendant Board of Education of

Albuquerque Public Schools' ("APS") Motion for Judgment on the Pleadings Regarding

Indemnification and Punitive Damages ("Motion") [Doc. 235].

IT IS FURTHER ORDERED that APS may exceed the briefing page limit by nine (9) pages

for a total of twenty-one (21) pages, in its Reply in Support of its Motion.

IT IS SO ORDERED.

                                   /s/Kenneth J. Gonzales
                                   CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been
  electronically filed. To verify its authenticity,
  please refer to the Digital File Stamp on the
  NEF (Notice of Electronic Filing)
  accompanying this document.  Electronically
  filed documents can be found on the Court's
  PACER public access system.

Submitted by:

FADDUOL, CLUFF, HARDY & CONAWAY, P.C.


 /s/ Isaac J. Lopez
Carlos E. Sedillo
Isaac J. Lopez
3301 San Mateo Boulevard
Albuquerque, New Mexico 87110
Telephone: (505) 243-6045
Facsimile: (505) 243-6642
csedllo@fchclaw.com
ilopez@fchclaw.com

and

Matthew J. Zamora
VALLE, O'CLEIREACHAIN, ZAMORA & HARRIS
1805 Rio Grande Boulevard NW, Suite 2
Albuquerque, New Mexico 87104
Telephone: 505.888.4357
Fax: 505.883.5613
mz@vozhlaw.com

*ATTORNEYS FOR PLAINTIFF*

Approved by:

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.


   *Approved via e-mail on 05/18/2026*
Jennifer G. Anderson
Tomas J. Garcia
Celina C. Baca
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87102
Telephone: 505.848.1800
jga@modrall.com
tjg@modrall.com
celina.baca@modrall.com
*Attorneys for Defendant Board of Education of Albuquerque Public Schools*

WALSH GALLEGOS TREVIÑO KYLE & ROBINSON, P.C.

*Approved via e-mail on 05/27/2026*
Roxie Rawls-De Santiago
500 Marquette Avenue NW, Suite 1310
Albuquerque, New Mexico 87102
Telephone: 505.243.6864
Fax: 505.843.9318
rdesantiago@wabsa.com
*Attorney for Defendant Danny Aldaz*